SHAWN E. COWLES (SBN: 163826)
scowles@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Proposed Intervenor*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **A.W. CLARK,** <br><br> Plaintiff, <br><br> v. <br><br> **SHIRLEY N. WEBER**, as California Secretary of State, <br><br> Defendant. <br><br> **and** <br><br> **DONALD J. TRUMP,** <br><br> Intervenor | Case No. 2:22-cv-007489-DOC(DFMx) <br><br> **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS LR 83-1.4** <br><br> Judge:   David O. Carter |



Notice of Pendency of Other Actions    Case No. 2:22-cv-007489-DOC(DFMx)

Potential Intervenor Donald J. Trump hereby files this Notice pursuant to Local Rule 83.1.4 regarding other Fourteenth Amendment, Section Three lawsuits that have been filed around the nation to keep him off the ballot:

1. *Castro v. FEC*, 1:22-cv-02176 (D.D.C.). Case dismissed for lack of standing. Affirmed (D.C. Cir. April 10, 2023). Pro per plaintiff.
2. *Castro v. Trump*, 9:23-cv-80015 (S.D. FL). Case dismissed for lack of standing. Pending appeal before the 11th Cir. #23-11837, Petition for writ of certiorari before judgment denied on October 2, 2023 (#23-117). Pro per plaintiff.
3. *Schaefer v. USA and Trump*, 23-cv-1451 (S.D. CA). Pro per plaintiff.
4. *Sladek v. Trump*, 1:23-cv-02089 (D. CO). Pro per plaintiff.
5. *Stilley v. Trump*, 4:23-cv-773 (E.D. AR). Pro per plaintiff.
6. *Caplan v. Trump*, 23-cv-61628 (S.D. FL). Case dismissed for lack of standing. Pro per plaintiff.
7. *Castro v. Trump*, New Hampshire State Court, Merrimack Superior Court, 217-2023-cv-00462. Case dismissed by plaintiff to proceed in Federal Court. Pro per plaintiff.
8. *Washington v. Trump*, 1:23-cv-00941 (D. DE). Pro per plaintiff.
9. *Kersey v. Trump*, 1:23-cv-12019 (D. MA). Pro per plaintiff.
10. *Castro v. Schmidt and Trump*, 390 MD 2023, PA Supreme Court. Pro per plaintiff.
11. *Perry-Bey v. Trump*, 1:23-cv-01165 (E.D. VA). Pro per plaintiff.
12. *Castro v. Scanlan and Trump*, 1:23-cv-00416. (D. NH) Pro per plaintiff.
13. *Castro v. Fontes and Trump*, 2:23-cv-01865. (D. AZ). Pro per plaintiff.
14. *Castro v. Bellows and Trump*, 1:23-cv-335 (D. ME). Pro per plaintiff.
15. *Castro v. Aguilar and Trump*, 2:23-cv-01387 (D. NV). Pro per plaintiff.
16. *Dewald v. Trump*, 1:23-cv-07833 (S.D. NY) Pro per plaintiff.



17. *Anderson v. Griswold and Trump*, 2023CV32577, District Court for County of Denver. Attorney Mario Nicolais, 7830 W. Alameda Ave., Suite 103-301, Lakewood, CO 80226. (720) 773-1526.

18. *Castro v. Henderson and Trump*, 2:23-cv-00617 (D. UT). Case dismissed by pro per plaintiff.

19. *Castro v. Schmidt and Trump*, 1:23-cv-01468 (M.D. PA). Case dismissed by pro per plaintiff.

20. *Castro v. Ziriax and Trump*, CIV-23-781 (W.D. OK). Case dismissed by pro per plaintiff.

21. *Castro v. Schwab and Trump*, 6:23-cv-01184 (D. KS). Pro per plaintiff.

22. *Castro v. McGrane and Trump*, 1:23-cv-00393 (D. ID). Pro per plaintiff.

23. *Castro v. Bell and Trump*, 5:23-cv-00496 (E.D. N.C.). Pro per plaintiff.

24. *Stilp v. Trump and Schmidt*, 1:23-cv-01489 (M.D. PA). Pro per plaintiff.

25. *Castro v. Knapp and Trump*, 3:23-cv-04501 (D. S.C.). Magistrate Judge recommends that preliminary injunction be denied. Pro per plaintiff.

26. *Castro v. Warner and Trump*, 2:23-cv-00598 (S.D. W.V.). Magistrate Judge recommends that preliminary injunction be denied. Pro per plaintiff.

27. *Castro v. Oliver and Trump*, 1:23-cv-00766 (D. N.M.). Magistrate Judge recommends that case be dismissed for lack of jurisdiction. Pro per plaintiff.

28. *Castro v. Jacobsen and Trump*, 6:23-cv-00062 (D. MT). Pro per plaintiff.

29. *Growe v. Simon*, #A23-1354, Minnesota Supreme Court. Attorney David J. Zoll, 100 Washington Ave. S., Minneapolis, MN, (612) 596-4028.

30. *Bellocchio v. Tahesha Way*, County of Mercer, New Jersey.

31. *Castro v. Galvin and Trump*, 1:23-cv-12121 (D. MA). Pro per plaintiff.

32. *Castro v. Thomas and Trump*, 3:23-cv-01238 (D. CT). Pro per plaintiff.

33. *Ian Anthony Medina v. Trump*, 2023-023947-CA-01, Miami-Dade Court, Pro per plaintiff.

34. *Castro v. Albence and Trump*, 1:23-cv-01068 (D. DE). Pro per plaintiff.



35. *Steinmetz v. New York Board of Elections and Trump*, 50560/2023, Supreme Court of Westchester Co., New York. Pro per plaintiff.

36. *Castro v. Griswold and Trump*, 1:23-cv-02543 (D. CO). Pro per plaintiff.

Respectfully Submitted,

Date: October 2, 2023            DHILLON LAW GROUP INC.

By: /s/ Mark P. Meuser
SHAWN E. COWLES (SBN: 163826)
MARK P. MEUSER (SBN: 231335)

*Attorneys for Proposed Intervenor*

